IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYRONE JONES, | Case No: 08 C 0755 |
| Plaintiff | |
| | Hon. Judge Coar |
| KIMBERLY COLEMAN | Mag. Judge Cox |
| Defendant. | |

## MOTION FOR LEAVE TO FILE APPEARANCE
## AS ADDITIONAL COUNSEL

NOW COMES the Plaintiff, by and through the Offices of Blake Horwitz, Ltd., and moves this Court to grant Rachelle Sorg of Elliot Richardson & Associates, LLC leave to file her appearance as additional counsel in this matter. In support of this Motion, Plaintiff states as follows:

1. Rachelle Sorg is a member of the Illinois Bar and in good standing;

2. Rachelle Sorg is a member of this Court's General bar.

WHEREFORE the Plaintiff respectfully requests that this Court grant his Motion for Leave to File Appearance as Additional Counsel and for any other relief this Court deems equitable and just.

Respectfully submitted,

/s/ Rachelle M. Sorg_____

Elliot Richardson & Associates, LLC
20 S. Clark Street, Suite 500
Chicago, IL  60603
P: (312)-676-2100
F: (312) 372-7076
ARDC No. 6287455