**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TYRONE JONES,            ) | |
| ) | Case No: 08 C 0755 |
| Plaintiff              ) | |
| ) | Hon. Judge Coar |
| ) | |
| KIMBERLY COLEMAN         ) | Mag. Judge Cox |
| ) | |
| Defendant.            ) | |

**NOTICE OF MOTION**

To:   No attorneys on record

On **April 1, 2008 at 9:00 a.m.** or soon thereafter as counsel may be heard, I shall appear before Judge Coar, Courtroom 1419 ,or any Judge sitting in his/her stead, at the Dirksen Building, 219 S Dearborn, Chicago, Illinois and shall then and there present *Plaintiff's Motion For Leave to File Appearance As Additional Counsel.*

s/Rachelle M. Sorg
ELLIOT RICHARDSON & ASSOCIATES, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603
312-676-2100
312-372-7076

**Certificate of Service**

I hereby certify that on March 24, 2008, a copy of foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE APPEARANCE AS ADDITONAL COUNSEL was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/Rachelle M. Sorg
ELLIOT RICHARDSON & ASSOCIATES, LLC
20 S. Clark Suite 500
Chicago, Il 60603
Phone:   312-676-2100
Fax :    312-372-7076