# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Tyrone Jones

                Plaintiff,

v.

                Case No.: 1:08–cv–00755
                Honorable David H. Coar

Kimberly Coleman

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 28, 2008:

        MINUTE entry before Judge Honorable David H. Coar:MOTION by Plaintiff Tyrone Jones for leave to file Appearance As Additional Counsel [6] is granted. Parties need not appear on the noticed motion date of 4/1/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.