## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Tyrone Jones

                Plaintiff,

v.                                    Case No.: 1:08−cv−00755
                                              Honorable David H. Coar

Kimberly Coleman

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2008:

      MINUTE entry before Judge Honorable David H. Coar:The Rule 16(b) Scheduling Conference scheduled for 4/22/2008 is stricken at the request of the plaintiff. Scheduling Conference reset for 5/22/2008 at 09:00 AM. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.