**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TYRONE JONES,<br><br>    Plaintiff,<br><br>v.<br><br>KIMBERLY COLEMAN,<br><br>    Defendant. | No. 08-cv-00755 |

**NOTICE OF MOTION**

On May 22, 2008 at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Coar at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR LEAVE TO ISSUE LIMITED DISCOVERY TO THE ILLINOIS DEPARTMENT OF CORRECTIONS**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

| | |
|---|---|
| Blake Horwitz | bhorwitz@hrbattorneys.com |
| Rachelle M. Sorg | rsorg@erlaw.net |
| Amanda Yarusso | ayarusso@hrbattorneys.com |

                                                    s/ Rachelle Sorg
                                                    Rachelle Sorg
                                                    Horwitz, Richardson, and Baker, LLC
                                                    20 S. Clark, Suite 500
                                                    Chicago, IL 60603
                                                    Tel: 312-676-2100
                                                    rsorg@hrbattorneys.com