## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 755 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Tyrone Jones vs. Kimberly Coleman | | |

**DOCKET ENTRY TEXT**

Motion hearing held regarding #13 on 5/22/2008. The Plaintiff's Motion for leave to issue limited discovery to the Illinois Department of Corrections is Granted. The plaintiff is given leave to issue interrogatories and conduct any other discovery necessary to determine the identity of the defendant. The Scheduling Conference set for 5/22/2008 is stricken. The Rule 16(b) Scheduling Conference is reset for July 15, 2008 at 9:00 a.m.

/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|