IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYRONE JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>KIMBERLY COLEMAN, in her individual capacity<br><br>    Defendant. | No. 08 cv 0755<br><br>Judge David H. Coar |

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

NOW COMES the Plaintiff, TYRONE JONES, by his attorneys, HORWITZ, RICHARDSON & BAKER, LLC, and hereby moves this Honorable Court for an entry of Default Judgment against the Defendant OFFICER KIMBERLY COLEMAN (hereinafter referred to as "DEFENDANT COLEMAN").  In support of said motion, the Plaintiff states as follows:

1. On February 4, 2008, the Plaintiff, TYRONE JONES, filed a Complaint at Law against DEFENDANT COLEMAN.

2. On June 19, 2008, a summons and copy of Plaintiff's Complaint were properly served on DEFENDANT COLEMAN. (See Summons attached hereto as Exhibit A; see Process Server's Affidavit of Service attached hereto as Exhibit B.)

3. Pursuant to Fed. R. Civ. P. 12, DEFENDANT COLEMAN was required to file an appearance in said matter and an answer and/or responsive pleading, at the

office of the Clerk of United States District Court, Northern District of Illinois, Eastern Division, within twenty (20) days of service of said summons.

4.    The period of time allowed for the Defendant to file said appearance or responsive pleading has lapsed.

WHEREFORE, the Plaintiff, TYRONE JONES, respectfully requests that this Honorable Court enter a Default Judgment against DEFENDANT COLEMAN, and for any such further relief this Court deems fair and just.

Dated: July 14, 2008      Respectfully submitted,

/s/ Rachelle M. Sorg_____
One of Plaintiff's Attorneys

HORWITZ, RICHARDSON & BAKER, LLC
20 South Clark Street, Suite 500
Chicago, IL 60603
(312) 676.2100
ARDC No. 6287455