**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TYRONE JONES,<br><br>    Plaintiff,<br><br>v.<br><br>KIMBERLY COLEMAN,<br><br>    Defendant. | No. 08−cv−00755 |

**NOTICE OF MOTION**

On July 17, 2008 at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Coar at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Blake Horwitz              bhorwitz@hrbattorneys.com

Rachelle M. Sorg           rsorg@erlaw.net

Amanda Yarusso             ayarusso@hrbattorneys.com

The following individual has received these documents via First Class and Certified Mail:

To:   Kimberly Coleman
      6526 S. Kenwood
      Chicago, Illinois 60637

1

<u>s/ Rachelle Sorg</u>
Rachelle Sorg
Horwitz, Richardson, and Baker, LLC
20 S. Clark, Suite 500
Chicago, IL 60603
Tel: 312-676-2100
rsorg@hrbattorneys.com