# EXHIBIT A

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYRONE JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>KIMBERLY COLEMAN<br><br>    Defendant.<br><br>To: KIMBERLY COLEMAN<br>     6526 S. Kenwood<br>     Chicago, Illinois 60637 | No. 08 cv 0755<br><br>Judge David H. Coar |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        HORWITZ, RICHARDSON & BAKER LLC
        20 S. Clark St. Suite 500
        Chicago, IL 60603
        Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____          _____
(By) Deputy Clerk                                                            Date

**Michael W. Dobbins, Clerk**

*J Cervantes* (signature)

---------------------------------                     **June 17, 2008**
**(By) DEPUTY CLERK**                                      ---------------------------------
                                                                                      **Date**