# EXHIBIT B

08CV0755

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | Date 6/19/08 |
| NAME OF SERVER (PRINT) Dan Thompson | | TITLE Investigator |
| Check one box below to indicate appropriate method of service | | |

☐ Served personally upon the defendant. Place where served: _____

☒ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein     4526 S Kenwood

Name of Person with whom the summons and complaint were left: Glenn Goffie  Chicago IL 60637

☐ Return unexecuted: _____

☐ Other specify: _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  6/19/08
             Date

Signature of Server  Dan Thompson

c/o Metro Service Inc.   4647 W 103rd St
Address of Server        Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.