UNITED STATES DISTRICT COURT
FOR THE **Northern District of Illinois –** CM/ECF LIVE, Ver 3.2.1
Eastern Division

Tyrone Jones

               Plaintiff,

v.                                                 Case No.: 1:08−cv−00755
                                                     Honorable David H. Coar

Kimberly Coleman

               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

     MINUTE entry before the Honorable David H. Coar:This case came before the Court for a Scheduling conference on 7/15/2008. Scheduling Conference reset for 7/17/2008 at 09:00 AM. with the Motion for DefaultMailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.