# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Tyrone Jones

                              Plaintiff,

v.                                          Case No.: 1:08−cv−00755
                                            Honorable David H. Coar

Kimberly Coleman

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

        MINUTE entry before the Honorable David H. Coar:This case came before the Court for aScheduling conference on 7/29/2008, but conference did not proceed. A joint Report of Parties Planning Conference and Proposed Scheduling Order to be filed by 8/18/2008. Scheduling Conference continued to 8/21/2008 at 09:00 AM. If no report and proposed scheduling order by 8/18/2008, this action will be dismissed.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.