IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYRONE JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>KIMBERLY COLEMAN, in her individual capacity<br><br>    Defendant. | No. 08 cv 0755<br><br>Judge David H. Coar |

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS

1. Plaintiff filed the instant action on February 4, 2008.

2. Plaintiff seeks leave to have the instant action dismissed without prejudice.

WHEREFORE, Plaintiff, TYRONE JONES, respectfully requests that this Honorable Court enter an order dismissing this action without prejudice and for any such further relief this Court deems fair and just.

                                    Respectfully submitted,

                                    s/Rachelle M. Sorg
                                    Attorney for the Plaintiff
                                    Rachelle Sorg

**HORWITZ, RICHARDSON & BAKER, LLC**
20 S. Clark, Suite 500
Chicago, IL  60603
 (312) 676-2100

1