**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TYRONE JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>KIMBERLY COLEMAN,<br><br>    Defendant. | Case No. 08–cv–00755 |

## NOTICE OF MOTION

On August 19, 2008 at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Coar at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion.


## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:


NOTICE OF MOTION AND PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Blake Horwitz            bhorwitz@hrbattorneys.com

Rachelle M. Sorg         rsorg@erlaw.net

Amanda Yarusso           ayarusso@hrbattorneys.com

James Patrick Doran
jdoran@atg.state.il.us,kdonoghue@atg.state.il.us,mcapra@atg.state.il.us

s/ Rachelle Sorg
Rachelle Sorg
Horwitz, Richardson & Baker, LLC
20 S. Clark, Suite 500
Chicago, IL 60603
Tel: 312-676-2100
rsorg@hrbattorneys.com