UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Tyrone Jones
                 Plaintiff,

v.                                          Case No.: 1:08−cv−00755
                                              Honorable David H. Coar

Kimberly Coleman
                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable David H. Coar:Motion by Plaintiff Tyrone Jones to dismiss voluntarily dismiss this case without prejudice [26] is granted. Motion hearing held on 8/19/2008 regarding motion to dismiss[26]. Status hearing set for 8/21/2008 is stricken. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.